**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HASSAN BIN ATTASH,

*Petitioner*,

v.

Civil Action No. 05-1592 (RCL)

BARACK OBAMA, et al.,

*Respondents*.

**ORDER**

The parties' Joint Motion for Extension of Time is GRANTED. Respondents shall file their oppositions to (a) Petitioner's Motion for Disclosure of Evidence Relating to Torture, Abuse, and Other Cruel, Inhuman, and Degrading Treatment; (b) Petitioner's Motion to Compel Exculpatory Evidence and Automatic Discovery; and (c) Petitioner's Motion for Permissive Discovery, all filed under seal with the Court Security Officer on March 3, 2009 (*see* Notice of Filings, Dkt. No. 176), by Friday, April 3, 2009. Petitioner shall file his reply to such oppositions by Friday, April 17, 2009.

3/30/2009
Date

/s/
Chief Judge Royce C. Lamberth
United States District Judge